

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*ROBERT FRAZER*
United States Attorney

*Jacob Heric*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alicia.Gonzalez@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-2761*
*fax:  (973) 297-2010*

May 14, 2026

**Via ECF**
Hon. Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

 Re:  ***Banegas Mendoza v. Blanche,*** **No. 26-5232 (MEF)**
   **Extension Request for Petitioner's Bond Hearing**

Dear Judge Farbiarz:

This Office represents Respondents in this habeas matter. We write pursuant to the Court's May 14, 2026, Text Order, ECF No. 9, directing Respondents to provide Petitioner with a bond hearing on or before 5:00 p.m. on May 15, 2026, unless by May 14 at 5:00 p.m., Respondents file a letter explaining that the Petitioner has asked to adjourn the bond hearing.

Upon receipt of this Court's Text Order, ECF No. 9, this Office conferred with Petitioner's counsel, who informed this Office that he would be unavailable for a bond hearing on Friday, May 15, 2026. Petitioner's Counsel informs this Office that he has filed a request for a continuance of the bond hearing with the Immigration Court to continue the hearing to Tuesday, May 19, 2026, or the next available date thereafter. Therefore, we respectfully request an extension of time to comply with this Court's Text Order, ECF No. 9.

We thank the Court for its attention to this matter.

Respectfully submitted,

SO ORDERED.
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date:   Ma 17, 2026

ROBERT FRAZER
United States Attorney

By:  */s/ Jacob E. Heric*
   JACOB E. HERIC
   Special Assistant U.S. Attorney
   *Attorneys for Respondents*

cc:  Counsel of record (via ECF)